**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1413

_____

United States of America,      *
                               *
        Appellee,              *
                               *
Appeal from the United States
    v.                         *
District Court for the
                               *
Eastern District of Missouri.
C. L. Tippett,                 *
                               *
    [UNPUBLISHED]
        Appellant.             *

_____

Submitted:  August 7, 1997

Filed:  August 25, 1997

_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

C.L. Tippett challenges the 262-month sentence imposed by the district court[1] following his guilty plea to attempting to possess cocaine with intent to distribute, in violation of 21 U.S.C. § 846.  We affirm.

---

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

On appeal, Tippett argues that the district court erred in not assessing an additional 1-level reduction to his base offense level under U.S. Sentencing Guidelines

Manual § 3E1.1(b) (1995) for acceptance of responsibility; in increasing his base offense level under U.S. Sentencing Guidelines Manual § 3B1.1(c) (1995) for being an organizer, leader, manager, or supervisor of a criminal activity; and in not reducing his offense level under U.S. Sentencing Guidelines Manual § 3B1.2(b) (1995) for being a minor participant. Because Tippett did not object to the presentence report or raise the above arguments at sentencing, we review his contentions only for plain error resulting in a fundamental miscarriage of justice. See United States v. Robinson, 20 F.3d 320, 323 (8th Cir. 1994); United States v. Ball, 999 F.2d 339, 340-41 (8th Cir. 1993) (per curiam). Having reviewed the record, we find no such error in the district court's adjustments to Perez's base offense level.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.